# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

------oooo0oooo------

| | |
|---|---|
| Jimmy and Sandra Cox,<br><br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>United States of America, The Commissioner of Internal Revenue, and Does 1 through 15,<br>　　　　　　Defendants. | Case # 2:06-CV-0423-WBS-PAN (JFM)<br><br>**Order for Continuance of Status Conference** |

------oooo0oooo------

Pursuant to the request of plaintiff, IT IS HEREBY ORDERED that the status conference in this case is continued to Monday, September 11, 2006, at 9:00 AM, before the undersigned judge in Courtroom No. 5 .

DATED: May 17, 2006

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1