McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
PAUL S. HAM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. COX and SANDRA S. COX, | Civil No. 2:06-cv-00423 WBS-PAN (JFM) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Having considered the Stipulation for Extension of Time to Respond to Complaint, the record contained herein, and good cause being shown, the Court ORDERS that the United States shall be allowed to serve its response to the amended complaint on or by September 22, 2006; the Court further RESETS the Scheduling Conference, currently set for September 11, 2006, to September 22, 2006.

    IT IS SO ORDERED.

Dated:  August 11, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1857792.1