McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
PAUL S. HAM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. COX and SANDRA S. COX,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Civil No. 2:06-cv-00423-WBS-EFB<br><br>**ORDER** |

Having considered the Stipulation for Extension of the Discovery Cutoff and Dispositive Motion Filing Deadlines, the record contained herein, and good cause being shown, the Court GRANTS the Stipulation; the Discovery Cutoff Deadline and Dispositive Motion Filing Deadlines are reset to June 30, 2007 and July 30, 2007, respectively; no further amendments to the Pretrial Scheduling Order are made.

**IT IS SO ORDERED.**

DATED:  May 1, 2007.

_____
EDMUND F. BRENNAN
United States Magistrate Judge