McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
PAUL S. HAM
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. COX and SANDRA S. COX, | Civil No. 2:06-cv-00423 WBS-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Leave to Depose a Person Confined in Prison (United States' motion). Upon consideration of the motion, and for good cause shown,

It is hereby ORDERED that:

(1) The United States' motion is GRANTED; and,

(2) The United States is granted leave to depose inmate Dorothy R. Henderson pursuant to Fed. R. Civ. P. 30(a)(2).

DATED: May 21, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE