**DAVID M. KIRSCH, ESQ.** [Cal. State Bar Number 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA  95113-2233
Telephone:     408.298.5500
Facsimile:     408.298.5706
E-mail: dkirsch@etaxlitigator.com

Attorney for Plaintiffs

# United States District Court
# The Eastern District of California

| | |
|---|---|
| JIMMY R. COX AND SANDRA S. COX, <br><br>   Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br>   Defendant. | Case No. 06-cv-00423 - WBS - EFB <br><br><br> **ORDER** |

  Having considered the Stipulation for Extension of the Discovery Cutoff and Dispositive Motion Filing Deadlines and Final Pretrial Conference , the record contained herein, and good cause being shown, the Court GRANTS the Stipulation; the Discovery Cutoff Deadline and Dispositive Motion Filing Deadlines are reset to July 31, 2007 and October 31, 2007, respectively. The Final Pretrial Conference is reset to November 5, 2007 at 2:00 pm. No further amendments to the Pretrial Scheduling Order are made.

  **IT IS SO ORDERED.**

Dated:  June 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Order**