McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
KARI D. LARSON
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. COX and SANDRA S. COX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civil No. 2:06-cv-00423 WBS-PAN (JFM)<br><br>**ORDER** |

　　　Having considered the Stipulation to Reset Dispositive Motion Filing Deadline, Final Pretrial Conference and Trial dates, the record contained herein, and good cause being shown, the Court ORDERS that the Dispositive Motion Filing Deadline is reset to January 29, 2008; the Court further RESETS the Final Pretrial Conference, currently set for November 5, 2007, to March 24, 2008 at 2:00 p.m.; the Court further RESETS the Trial date, currently set for January 8, 2008, to April 29, 2008 at 9:00 a.m.

　　　IT IS SO ORDERED.

Dated:  October 16, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE