McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
KARI D. LARSON
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. COX and SANDRA S. COX,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 2:06-CV-00423 WBS EFB<br><br>**ORDER** |

Having considered the Stipulation to Reset Final Pretrial Conference Date and Trial Date, and Request for Order, the record contained herein, and good cause being shown,

**IT IS ORDERED THAT** the Final Pretrial Conference, currently set for April 7, 2008, at 2 p.m., is continued to June 30, 2008 at 2:00 p.m., and the Trial Date, currently set for April 28, 2008, is continued to July 22, 2008 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  March 10, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE