McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
KARI D. LARSON
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6648
Telephone: (202) 307-6421

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. COX and SANDRA S. COX,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. 2:06-CV-00423 WBS EFB<br><br>**JUDGMENT IN A CIVIL CASE** |

This case was tried before a jury on July 22, 23, and 24, 2008, and August 13 and 14, 2008, at the conclusion of which the jury entered a special verdict in favor of the United States and against plaintiffs Jimmie R. Cox and Sandra S. Cox.  In particular, the jury found that plaintiffs did not have a primary motivation and intent to profit from their horse racing activity.  The jury further found that each plaintiff had the fraudulent intent to improperly report their tax liabilities for each of six years, from 1992 to 1997.  Before trial the parties entered a stipulation of facts (defendant's trial exhibit AAAA) which contains certain adjustments to the original tax and penalty assessments depending on the jury's verdict.  In accordance with the agreement of the parties and the special verdict entered August 14, 2008, and for good cause shown,

**IT IS ORDERED THAT** the Clerk enter judgment as follows:

**JUDGMENT**

1. The jury found that Jimmie R. Cox and Sandra S. Cox did not have a primary motivation and intention to profit from their horse racing activity during the years ending December 31, 1992 through and including December 31, 1997 (the "years at issue").  Under 26 U.S.C. § 183, the Coxes may not claim the losses from the horse racing activity against other income for the years at issue.

2. The jury found that Jimmie R. Cox and Sandra S. Cox had the fraudulent intent to improperly report their tax liabilities for each of the years at issue.  The 75% civil fraud penalty under 26 U.S.C. § 6663 was correctly applied to the Coxes' tax liabilities for the years at issue.

3. As agreed by the United States and the Coxes, the United States shall adjust the tax liabilities in favor of the Coxes by scheduling overpayments of tax and penalties as follows:  (1) 1992 – $39,085.00;  (2) 1993 – $68,387.00;  (3) 1994 – $110,073.00;  (4) 1995 – $119,480.00;  (5) 1996 – $46,526.00;  (6) 1997 – $35,273.00.   In addition the United States shall calculate the statutory interest on the overpayments and apply such credit to the account of the Coxes.

4. By agreement of the parties, the United States may apply the overpayments as advance payments against the Coxes' potential tax liabilities which are currently at issue in *Jimmie R. Cox, Sandra S. Cox v. Commissioner*, No. 018861-08 (United States Tax Court) relating to tax years 1999 through 2004, or set off the overpayments against any other liability of the Coxes as permitted by 26 U.S.C. § 6402 and 31 U.S.C. § 3728.  The United States shall refund to the Coxes the remaining balance, if any, within a reasonable time after the final conclusion of the pending Tax Court case.

The foregoing judgment is approved as to form.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated:  October 2, 2008 | /s/ G. Patrick Jennings<br>G. PATRICK JENNINGS<br>KARI D. LARSON<br>Trial Attorneys, Tax Division<br>United States Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, DC  20044-0683<br>Telephone: (202) 307-6648<br>Telephone: (202) 307-6421<br><br>Attorneys for the United States |
| Dated:  October 1, 2008 | /s/ David M. Kirsch<br>DAVID M. KIRSCH<br>David Kirsch Law Office<br>10 Almaden Boulevard, Suite 1250<br>San Jose, CA 95113<br>Telephone: (408) 298-5500<br>Facsimile:  (408) 298-5706<br><br>Attorney for Plaintiffs |

**IT IS SO ORDERED**.

Dated:  October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE